January 14, 1982.

441 A.2d 777

Commonwealth v. Allen, Appellant.

Submitted October 28, 1981. Richard S. Levine, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The order of the lower court is hereby affirmed.

SHERTZ, J., concurred in the result.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.